IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRAND ACADIAN, INC., Plaintiff, | ) | |
| v. | ) | No. 07-849C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas G. Edelschick, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12134
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas G. Edelschick

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 353-9303
FACSIMILE: (202) 307-0972
E-mail:
Douglas.Edelschick@usdoj.gov

Dated: December 27, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of December, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick