IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRAND ACADIAN, INC., Plaintiff, | ) | |
| v. | ) | Case No. 07-849C (Judge Hewitt) |
| UNITED STATES, Defendant. | ) | |

**Statement of Related Cases**

Comes now the Plaintiff, Grand Acadian, Inc., and notifies the Court of the following cases related to the above-styled action:

1. On January 3, 2007 the Plaintiff, Grand Acadian, Inc. commenced an action against Fluor Corporation and others in the 14th Judicial District Court of the State of Louisiana (Case No. 2007-000010 Div. H). This action is based upon state law claims of Breach of Contract, Negligence, Detrimental Reliance, and Unfair Trade Practices.

2. On February 16, 2007, the previously referenced case was removed to the United States District Court for the Western District of Louisiana, Lake Charles Division (Case No. CV-07-0295) (hereinafter the "District Court Case"). The District Court Case remains pending.

3. The District Court Case is related to the action before this Court because they arise out the same facts and circumstances.

4. The District Court Case contains state law claims against the private corporations and contractors who were hired by FEMA to perform work on the Plaintiff's property which are not actionable in the United States Court of Federal Claims, whereas this case is an appeal under the Contracts Dispute Act of 1978 from the FEMA Contracting Officer's Final Decision, which is only actionable in this Court.

5. Grand Acadian, Inc., is not pursuing duplicative damages in its continued pursuit of these two (2) actions; however, an award of damages in either case is likely to limit the damages available in the other action.

Respectfully submitted on this the 3rd day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs
Patrick O. Miller
Attorneys for the Plaintiff,
Grand Acadian, Inc.
Dick, Riggs, Miller & Stem, LLP
200 Clinton Avenue, Suite 1050
Huntsville, Alabama 35801
Phone: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net
pmiller@drmslaw.net

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served upon counsel of record for all parties via electronic filing on this the 3rd day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs