IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRAND ACADIAN, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-849C |
| | ) | (Judge Hewitt) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**Motion to Approve Agreement of the Parties Regarding Amended Pleadings**

Comes now the Plaintiff, Grand Acadian, Inc., by and through its counsel of record, and moves the Court to approve the following:

1. The Plaintiff intends to file its First Amended Complaint on or before Friday, January 25, 2008.

2. The parties hereto have previously agreed that the Defendant will file its Answer to the Plaintiff's First Amended Complaint on or before February 25, 2008.

3. The procedure regarding any further amended pleadings will be as stated in Rule 15 of the *Rules of the United States Court of Federal Claims*.

4. The Defendant has been notified of the contents of this notice, and has expressed its consent hereto.

WHEREFORE THESE PREMISIS CONSIDERED, the Plaintiff moves the Court to Agreement of the Parties Regarding Amended Pleadings

Respectfully submitted on this the 21st day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs
Patrick O. Miller
Attorneys for the Plaintiff,
Grand Acadian, Inc.
Dick Riggs Miller LLP
200 Clinton Avenue, Suite 1050
Huntsville, Alabama 35801
Phone: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net
pmiller@drmslaw.net

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served upon counsel of record for all parties via electronic filing on this the 21st day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs