# In the United States Court of Federal Claims

No. 07-849 C

(E-Filed: January 22, 2008)

GRAND ACADIAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Motion to Approve Agreement of the Parties Regarding Amended Pleadings (plaintiff's Motion), filed January 21, 2008. Plaintiff's Motion states that the following are matters agreed to by the parties:

1. Plaintiff will file its First Amended Complaint on or before Friday, January 25, 2008.
2. Defendant will file its Answer to plaintiff's First Amended Complaint on or before February 25, 2008.
3. The procedure regarding any further amended pleadings will be as stated in Rule 15 of the Rules of the United States Court of Federal Claims.

The court APPROVES the parties' agreement set out in plaintiff's Motion and ORDERS that the parties follow the procedures set out in the Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge