IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRAND ACADIAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-849C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
CONCERNING DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant filed a partial motion to dismiss on February 21, 2008, based upon a legal question of contract interpretation. Plaintiff filed a response on March 20, 2008, which asserts that additional terms of the contract exist in another document. Defendant was not aware of plaintiff's assertion when the partial motion to dismiss was filed. At this preliminary stage of litigation, the nature and extent of the factual dispute concerning the terms of the contract is not clear. In view of the foregoing, it is prudent for defendant to withdraw the motion without prejudice. Counsel for the parties have discussed this notice and plaintiff consents to withdrawal of defendant's motion without prejudice. Defendant reserves the right to renew the motion.

For the foregoing reasons, defendant hereby withdraws its partial motion to dismiss, dated February 21, 2008, without prejudice.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

April 7, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of foregoing "NOTICE OF WITHDRAWAL WITHOUT PREJUDICE CONCERNING PARTIAL MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick