# In the United States Court of Federal Claims

No. 07-849 C

(E-Filed: April 9, 2008)

| | |
|---|---|
| GRAND ACADIAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Notice of Withdrawal Without Prejudice Concerning Defendant's Partial Motion to Dismiss (Notice), filed April 7, 2008. There is no provision in the Rules of the United States Court of Federal Claims (RCFC) for the filing of the Notice. The court construes the Notice to be a motion, see RCFC 7(b)(1), seeking permission by defendant to withdraw its partial motion to dismiss filed on February 21, 2008 without prejudice to its right to bring a motion to dismiss in the future. Based on the representations contained in the Notice, the court GRANTS this permission. Defendant's partial motion to dismiss, filed February 21, 2008 shall be deemed withdrawn without prejudice.

Defendant shall file its answer on or before April 29, 2008 and the parties shall proceed with the case in accordance with the RCFC. The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge