# In the United States Court of Federal Claims

No. 07-849 C

(E-Filed: April 24, 2008)

| | |
|---|---|
| GRAND ACADIAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion For Enlargement of Time (defendant's Motion), filed April 23, 2008. Based on the representations contained therein, and the fact that it is unopposed, defendant's Motion is GRANTED. Defendant shall file its answer on or before Tuesday, May 20, 2008 and the parties shall proceed with the case in accordance with the Rules of the United States Court of Federal Claims (RCFC).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge