# In the United States Court of Federal Claims

No. 07-849 C

(E-Filed: July 14, 2008)

| | |
|---|---|
| GRAND ACADIAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court will hold a Telephonic Status Conference (TSC) on Wednesday, July 23, 2008, at 2:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
FOR
EMILY C. HEWITT
Judge