# In the United States Court of Federal Claims

No. 07-849 C

(E-Filed: July 23, 2008)

GRAND ACADIAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court held a Telephonic Status Conference (TSC) with the parties on Wednesday, July 23, 2008, at 2:00 p.m. Eastern Daylight Time. Further to the TSC the court sets the following schedule:

1. On or before Monday, September 15, 2008, the parties will exchange all documents covered by Rules 26(a)(1)(A) and 26(a)(1)(B) of the Rules of the United States Court of Federal Claims (RCFC) that relate to liability and non-quantum damages issues.

2. On or before Friday, October 31, 2008, the parties shall complete fact discovery related to liability and non-quantum damages issues.

3. On or before Monday, December 1, 2008, the parties shall file RCFC 56 Cross-Motions on liability and non-quantum damages issues.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge