DICK RIGGS MILLER LLP
Attorneys at Law

Howell Roger Riggs
Richard E. Dick
Patrick O. Miller
Timothy P. Pittman

200 Clinton Avenue West
Suite 1050
Huntsville, AL 35801

Telephone: (256) 564-7317
Facsimile: (256) 564-7319
Web: www.drmslaw.net
Email: info@drmslaw.net

August 25, 2008

*Via Email (w/out enclosures)*
*Followed by UPS (w/enclosures)*
Mr. Douglas G. Edelschick
U.S. Department of Justice – Civil Division
1100 L Street, NW
Washington, DC 20530

RE: Grand Acadian, Inc. v. United States of America
Case # 1:07-cv-00849-ECH

Grand Acadian, Inc. v. Fluor Corporation
U.S. District Court –West District of Louisiana
Case # CV-07-0295

Dear Mr. Edelschick:

Enclosed please find six disks containing the plaintiffs and defendants production of documents in the Louisiana case as follows:

- All exhibits that Dexter Honoré produced – DEX 1 – 3057;
- All exhibits that Fluor produced – FL-GA15001 – 16334;
- All exhibits that Grand produced – GA 1-5237;
- Fluor Documents bates numbered FL-GA 005307 – FL–GA014796;
- Group's document production bates numbered GRP000001- GRP000448;
- Fluor's document production bates numbered FL-GA000001 - FL-GA004905;
- Fluor's document production bates numbered FL-GA004905 - FL-GA005386;
- Documents bates numbered 5253-5254;
- Pl's Exhibit List produced 7-11-08;

- Documents bates stamped 5238 – 5249 GA Andrepoint property documents;
- Documents bates stamped 5250 GA Burckel 10-26-07 Email;
- Document bate stamped 5251 - 5252 Burckel Spreadsheet pdf

You have a copy of all the documents we have received.

Sincerely,

Howell Roger Riggs

Enclosures

RECEIVED
2008 AUG 29 A 10:07
CASE PROCESSING UNIT
CIVIL DIVISION/OHI

RELEASED
2008 AUG 29 A 10:10