FAL00051

**Right-of-Entry**
**For Establishment of Temporary Emergency Sheltering and Temporary Housing**

WHEREAS, the President of the United States has issued Presidential Declarations number 1603, 1604, and 1605 for the hurricane disasters in Louisiana; Mississippi, and Alabama, respectively, and

WHEREAS, the Federal Emergency Management Agency (FEMA) is assisting in providing temporary emergency shelter for displaced victims of those disasters; and

WHEREAS, FEMA desires to enter and use certain property described below to make the property suitable for temporary emergency shelter; and

WHEREAS, the property owner is fully supportive of these efforts; and

WHEREAS, the preparation and documentation process of a Memorandum of Understanding, lease agreement or usage agreement is in progress, but may take several days to complete; and

WHEREAS, the need for temporary emergency shelter is acute; and

WHEREAS, the effort to utilize the property described below for displaced citizens will be speeded by allowing FEMA and its representatives to enter upon the property prior to execution of the document(s) cited above, in order to accomplish the work required prior to moving said victims onto the site, including but not limited to staging equipment and materials, and performance of site improvements;

NOW THEREFORE, the undersigned owner or authorized representative thereof (hereinafter "Owner") agrees as follows:

1. He/She/It is the Owner of property and/or is authorized by the Owner to enter into contracts and/or make agreements related to such property, which is described as the following (hereinafter, the "Property"):

   (INSERT ADDRESS/DESCRIPTION)

   Mosswood Drive, Carlyss, LA.

2. FEMA and its representatives, employees, contractors and /or subcontractors (hereinafter, the "Government") are hereby granted the right of access and entry to said Property for the purposes stated above, including but not limited to staging equipment and materials, performance of site improvements and maintenance, and any other construction or work necessary for such temporary emergency shelter and temporary housing.



Confidential

3. The Government is authorized to make necessary alterations to the Property, including but not limited to removal of debris, utility connections, and any other alterations necessary to ensure adequate ingress and egress to the shelter. Such alterations may also include, but are not limited to the removal of trees, shrubs, fences, or grading.

4. The Owner acknowledges that the activities authorized by this Right-of-Entry may cause damage to the Property, to associated personal property and/or to persons situated on the Property. The undersigned agrees to hold the Government harmless for damages or loss of any type whatsoever, either to the above described Property, any other real or personal property, or to persons situated thereon, and hereby releases, discharges, and waives any and all actions, either legal or equitable, which the Owner and his authorized representative, if any, has or may have arising out of this Right-of-Entry and/or any activities of the Government on the Property.

5. All tools, equipment, materials, or improvements taken onto or placed upon the Property by the Government, shall remain the property of the Government.

[signature] 9/16/05 [signature]

Property Owner/Agent Date Witnessed By

3608 SIERRA CIRCLE CARLYSS LA. 70665

Complete mailing address of Property Owner/Agent and telephone number



Confidential