UNITED STATES DISTRICT COURT
WESTERN DISTRICT
STATE OF LOUISIANA

GRAND ACADIAN, INC. * CIVIL ACTION
Plaintiff *
*
VERSUS * NO. CV-07-0295
*
FLUOR CORPORATION, ET AL *
Defendants * MAGISTRATE JUDGE KAY
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

The oral deposition of CARL THOMAS ROMERO was taken in the above-entitled cause on behalf of Defendants pursuant to the following stipulations before Cyndie L. McManus, Certified Court Reporter in and for the State of Louisiana, at the Law Offices of Fontenot & Fontenot, 713 Kirby Street, Lake Charles, Louisiana, on July 23, 2008, beginning at 9:00 a.m.

APPEARANCES:

Mr. Todd Fontenot and
Mrs. Beth Fontenot
Attorneys at Law
FONTENOT & FONTENOT
713 Kirby Street
Lake Charles, LA 70601
COUNSEL FOR PLAINTIFF

Ms. Karen Ancelet
Attorney at Law
JONES WALKER
500 Dover Boulevard, Suite 120
Lafayette, LA 70503-5269
and
Mr. Brandon Black
Attorney at Law
JONES WALKER
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
COUNSEL FOR DEFENDANTS, FLUOR CORP., FLUOR GOVERNMENT GROUP INTERNATIONAL, INC., FLUOR ENTERPRISES, INC., FLUOR MANAGEMENT CO., L.P., FLUOR FEDERAL SERVICES, INC., TRS STAFFING SOLUTIONS, INC., P2S, LLC, PLANT PERFORMANCE SERVICES, LLC, AMERICAN EQUIPMENT CO., INC.

Mr. Allen Darden
Attorney at Law
PHELPS DUNBAR
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
COUNSEL FOR DEFENDANT, GROUP CONTRACTORS, LLC
Mr. William Melancon
Attorney at Law
900 College Street, Suite 300
Lafayette, LA 70503
COUNSEL FOR DEFENDANT, DEXTER J. HONORE and DEXTER HONORE CONSTRUCTION COMPANY, LLC

Also Present:
Mr. Pat McConnaughhay

A Yes, sir.
Q Are you a director of Grand Acadian?
A As in --
Q As in a member of --
A -- a position?
Q -- the Board of Directors
A Yes, sir.
MR. FONTENOT:
Wait until he finishes his question before you start to answer. We're not in a hurry.
Q Let's clarify. It is correct you are a member of the Board of Directors; right?
A That's right.
Q Are you an officer of Grand Acadian?
A Yes, sir.
Q And what is your title?
A Vice president.
Q Okay. When did you or it's true that you have been a shareholder, an officer and a director of Grand Acadian since the inception of the company; right?
A Correct.
Q Okay. I'm going to show you exhibit 47 which is a form entitled, "Right of Entry for

Establishment of Temporary Emergency Sheltering and Temporary Housing" I want you to turn to Page 2 of the form. Is that your signature on the bottom of --

A Yes, sir.

Q -- Page 2. I'm sorry, you answered before I finished the question. Is that your signature on the bottom of Page 2 of this form?

A Yes, it is.

Q This form is dated September 16, 2005; correct?

A Correct.

Q Is that your handwriting as to the date there?

A Yes, sir.

Q Is that your handwriting of the address 3608 Sierra Circle, Carlyss, Louisiana?

A Yes, sir.

Q Do you know whose signature that is that witnessed your signature?

A I can't read it.

Q Do you remember who signed next to yours when you signed this document? Tom, did you understand the question that is before you?

A About who signed this?

Q Yeah. Do you remember who signed it, who witnessed it?

A Yes. I'm trying to read it to understand.
Q Oh, feel free. I just wanted to make sure we're on the same page.
A Can I read it?
Q Absolutely.
A Tim Flavin.
Q And he's a realtor in Sulphur; correct?
A He's a realtor.
Q Now, on the front of the form it says, uh, the fourth whereas clause. Do you see the fourth whereas clause? It says, "Whereas the property owner is fully supportive of these efforts?"
Q The property owner referred to there is Grand Acadian; right?
A That's right.
Q And, if you look at no. 1, it says, "Insert address description of the property," and it says, "Moss Wood Drive, Carlyss, Louisiana." Is that your handwriting there?
A Yes, sir.
Q That is the address of the Grand Acadian property; correct?
A It is on that road.
Q And that is what you are referring to there is the Grand Acadian property when you put, "insert

address description?"

A Yes, sir.

Q If you turn the page to your signature, it says, "property/owner/agent" and has your signature. As a shareholder, director and officer of Grand Acadian you were signing this form on behalf of Grand Acadian, right, since Grand Acadian owned the property?

MR. FONTENOT:

I'm sorry. I didn't hear the question.

MR. BLACK:

Read the question back, please.

COURT REPORTER:

"If you turn the page to your signature, it says, 'property/owner/agent' and has your signature. As a shareholder, director and officer of Grand Acadian you were signing this form on behalf of Grand Acadian, right, since Grand Acadian owned the property?"

MR. FONTENOT:

I'll object to the form in that it's vague. It doesn't --

MR. BLACK:

Please, no speaking objection.

MR. FONTENOT:

It doesn't ask whether he --
MR. BLACK:
Please, no speaking objection.
MR. FONTENOT:
Whether he knew about it then or whether you're asking him to interpret --
MR. FONTENOT:
Please, no speaking objections. Do you understand the question?
A Obviously not. No.
MR. BLACK:
Okay. Will you read the question back again?
COURT REPORTER:
"As a shareholder, director and officer of Grand Acadian you were signing this form on behalf of Grand Acadian, right, since Grand Acadian owned the property?"
A Right.
Q Okay. Attached is -- the next one is exhibit number 48. These are some notes. They are Bates number GA 5335 through GA 5336. Are these -- is this your handwriting on these two pieces of paper?
A Yes, it is.

FAL00051

**Right-of-Entry**
**For Establishment of Temporary Emergency Sheltering and Temporary Housing**

WHEREAS, the President of the United States has issued Presidential Declarations number 1603, 1604, and 1605 for the hurricane disasters in Louisiana; Mississippi, and Alabama, respectively, and

WHEREAS, the Federal Emergency Management Agency (FEMA) is assisting in providing temporary emergency shelter for displaced victims of those disasters; and

WHEREAS, FEMA desires to enter and use certain property described below to make the property suitable for temporary emergency shelter; and

WHEREAS, the property owner is fully supportive of these efforts; and

WHEREAS, the preparation and documentation process of a Memorandum of Understanding, lease agreement or usage agreement is in progress, but may take several days to complete; and

WHEREAS, the need for temporary emergency shelter is acute; and

WHEREAS, the effort to utilize the property described below for displaced citizens will be speeded by allowing FEMA and its representatives to enter upon the property prior to execution of the document(s) cited above, in order to accomplish the work required prior to moving said victims onto the site, including but not limited to staging equipment and materials, and performance of site improvements;

NOW THEREFORE, the undersigned owner or authorized representative thereof (hereinafter "Owner") agrees as follows:

1. He/She/It is the Owner of property and/or is authorized by the Owner to enter into contracts and/or make agreements related to such property, which is described as the following (hereinafter, the "Property"):

   (INSERT ADDRESS/DESCRIPTION)

   Mosswood Drive, Chalyss, LA.

2. FEMA and its representatives, employees, contractors and /or subcontractors (hereinafter, the "Government") are hereby granted the right of access and entry to said Property for the purposes stated above, including but not limited to staging equipment and materials, performance of site improvements and maintenance, and any other construction or work necessary for such temporary emergency shelter and temporary housing.

EXHIBIT
47

3. The Government is authorized to make necessary alterations to the Property, including but not limited to removal of debris, utility connections, and any other alterations necessary to ensure adequate ingress and egress to the shelter. Such alterations may also include, but are not limited to the removal of trees, shrubs, fences, or grading.

4. The Owner acknowledges that the activities authorized by this Right-of-Entry may cause damage to the Property, to associated personal property and/or to persons situated on the Property. The undersigned agrees to hold the Government harmless for damages or loss of any type whatsoever, either to the above described Property, any other real or personal property, or to persons situated thereon, and hereby releases, discharges, and waives any and all actions, either legal or equitable, which the Owner and his authorized representative, if any, has or may have arising out of this Right-of-Entry and/or any activities of the Government on the Property.

5. All tools, equipment, materials, or improvements taken onto or placed upon the Property by the Government, shall remain the property of the Government.

[signature] 9/16/05 [signature]

Property Owner/Agent Date Witnessed By

3608 Sierra Circle Chalmette LA 70043

Complete mailing address of Property Owner/Agent and telephone number