JONES WALKER

C. Parker Kilgore
Direct Dial 225-248-2181
Direct Fax 225-248-3181
pkilgore@joneswalker.com

March 31, 2008

***Via Federal Express***

W. Todd Fontenot, Esq
Stutes, Fontenot, Lavergne & Lutz, LLC
713 Kirby Street
Lake Charles, LA 70601

Re: *Grand Acadian, Inc. vs. Fluor Corporation, et al*
Civil Action No. CV-07-0295, USDC, Western District of Louisiana
Our File: 109957-00

Dear Todd:

Enclosed please find Fluor Enterprises, Inc.'s Response to Grand Acadian, Inc.'s Requests For Production Of Documents with attached CD in this matter.

Sincerely,

C. Parker Kilgore

CPK/ck

cc: All counsel of record



JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 FAX 225-248-2010 E-MAIL info@joneswalker.com www.joneswalker.com
BATON ROUGE HOUSTON LAFAYETTE MIAMI NEW ORLEANS THE WOODLANDS WASHINGTON, D.C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **GRAND ACADIAN, INC.** | * | **CIVIL ACTION NO. CV-07-0295** |
| | * | |
| **Plaintiff** | * | **JUDGE MINALDI** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE WILSON** |
| **FLUOR CORPORATION, ET AL** | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * *

**RESPONSE TO GRAND ACADIAN, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Fluor Enterprises, Inc., ("Fluor'), submits the following responses to Grand Acadian, Inc.'s Requests for Production of Documents as follows:

**GENERAL OBJECTIONS**

1. Fluor objects to these Requests for Production of Documents to the extent that they seek information that is protected by the attorney-client privilege, the work product doctrine, as trial preparation material, or under any other applicable privilege or doctrine of non-disclosure.

2. Fluor objects to these Requests for Production of Documents to the extent that they do not comply with the Federal Rules of Civil Procedure. By answering these Requests for Production of Documents, Fluor does not waive its right to object to specific improper or impermissible Requests for Production of Documents.

3. Fluor objects to these Requests for Production of Documents to the extent that they seek documents, records or other information that is confidential and non-public, and not subject to the protective order to be entered in this case.

4. Fluor objects to these Requests for Production of Documents to the extent that they are overly broad and unduly burdensome, unlimited in time and scope, and seek information that is neither relevant nor calculated to lead to the discovery of admissible evidence.

5. Fluor objects to the definition of "original site condition" included in the Plaintiff's Second set of discovery requests because it is unintelligible as written. The requests define "original site condition" to mean the physical condition of the Grand Acadian site on December 7, 2005, "one day before the signing of the lease between Grand Acadian, Inc. and FEMA." However, under the terms of the lease between Grand Acadian and FEMA, the effective day of the lease was December 7, 2005.

6. Fluor specifically reserves the right, pursuant to Rule 26(b)(5)(b) of the Federal Rules of Civil Procedure, to request that any privileged or trial-preparation material that is inadvertently produced in the following responses, not be used or disclosed and shall promptly be returned to Fluor upon notification that the material is subject to a claim of privilege or protection.

These objections are incorporated into the Defendants' specific responses set forth below.

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents identified in your response to the interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 2:**

If you have entered into a settlement agreement with any party to this lawsuit, produce the settlement agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Fluor objects to this request for production as it is ambiguous and overly broad as it does not limit the request to in time or scope. However, in an effort to cooperate and assuming that this request is seeking information regarding settlement agreements that arise from the subject matter of this litigation, Fluor answers that at this time, no documents have been found that are responsive to this request for production. Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if documents become responsive and are not subject to any confidentiality agreement.

**REQUEST FOR PRODUCTION NO. 3:**

Produce all insurance policies that you may call upon to respond to any potential judgment against you in this lawsuit

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

At this time "all insurance policies" that Fluor may call upon to respond to any potential judgment against Fluor have not yet been identified. Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered or additional sources of indemnity are uncovered during discovery.

**REQUEST FOR PRODUCTION NO. 4:**

Produce any and all contractual indemnity agreements that you may call upon to respond to any potential judgment against you in this lawsuit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Please see responsive documents bates labeled FL-GA003384 - FL-GA003598 and FL-GA003599 - FL-GA003815.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered or additional sources of indemnity are uncovered during discovery.

**REQUEST FOR PRODUCTION NO. 5:**

Produce all specifications, blue prints, schematics, design drawings, instructions, and other documents pertaining to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Fluor objects to this request for production on the grounds that it is overly broad and ambiguous. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000471 - FL-GA000473
FL-GA000502
FL-GA000855 - FL-GA000948
FL-GA001011 - FL-GA001059
FL-GA001060 - FL-GA001194
FL-GA001700 - FL-GA001721
FL-GA001829 - FL-GA001905
FL-GA001906 - FL-GA001907
FL-GA001922 - FL-GA001937
FL-GA003179 - FL-GA003234
FL-GA003384 - FL-GA003598
FL-GA003599 - FL-GA003815

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 6:**

Produce the contract and all other documents pursuant to which you did work pertaining to the "Grand Acadian site". This request includes a request for all change orders, schematics or drawings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Fluor objects to this request for production on the grounds that it is overly broad and ambiguous. Additionally, Fluor objects that this request for production is redundant and cumulative because it seeks information sought in Request for Production No. 11. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000504 - FL-GA000516
FL-GA001922 - FL-GA001937
FL-GA002039
FL-GA002040 - FL-GA002050

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 7:**

Produce any instructions that were supplied to you pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous. The term "instruction" is not defined in these requests for production. In an effort to cooperate, and assuming that this request is limited in scope and seeks documents related to instructions given by the Federal Emergency Management Agency ("FEMA") or its representatives, as the government agency who leased the "Grand Acadian site" and contracted with Fluor, please see responsive documents bates labeled:

FL-GA000393 - FL-GA000400
FL-GA000453 - FL-GA000459
FL-GA000949 - FL-GA000957

Further answering, Fluor will continue to investigate for additional documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 8:**

Produce all time sheets and invoices pertaining to any work done at the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Fluor objects to this request for production on the grounds that it is overly broad and ambiguous, as the term "time sheets" is not defined in definitions included in these requests and this request is not limited in time or scope. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000813 - FL-GA000851
FL-GA000852 - FL-GA000854
FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497
FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582
FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 9:**

Produce all contracts pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Fluor objects to this request for production on the grounds that it is overly broad and ambiguous, as the request does is not limited in time or scope. Fluor objects to this request for production to the extent it seeks information previously produced in response to Request for Production No. 6. Subject to and without waiving the objections stated herein, and assuming that this request is seeking documents regarding the construction activities on the "Grand Acadian site" in an effort to provide temporary housing to effected individuals following Hurricane Katrina and Hurricane Rita, please see responsive documents bates labeled:

FL-GA001460 - FL-GA001469
FL-GA001700 - FL-GA001721
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003384 - FL-GA003598
FL-GA003599 - FL-GA003815
FL-GA004920 - FL-GA004942

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 10:**

Produce all photographs, video tapes, slides, or motion picture reproductions pertaining to "the site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Fluor objects to this request for production on the grounds that it is ambiguous because the term "the site" is not defined in the definitions to these request for production. Subject to and without waiving the objections stated herein, and assuming "the site" refers to the "Grand Acadian site" as defined in the definitions to these request for production, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000199 - FL-GA000209
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424
FL-GA002375 - FL-GA002385
FL-GA004214 - FL-GA004311
FL-GA004312 - FL-GA004672

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 11:**

Produce the Technical Assistance Contract awarded to Fluor on or about September 3, 2005 including any addendums, extensions or changes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Flour objects to this request for production at this time, as it calls for the disclosure of confidential information; however, Fluor will supplement its response to this request for production upon the signing, by the court of a protoctive order, a draft of a stipulated protective order is now being circulated amongst the parties.

**REQUEST FOR PRODUCTION NO. 12:**

Produce all task orders and contracts between you and FEMA relating to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Please see Fluor's answer to Request for Production No. 11.

**REQUEST FOR PRODUCTION NO. 13:**

Produce all contracts pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Fluor objects to this request for production as it is redundant and cumulative because it seeks information previously produced in response to Request for Production No. 6. Additionally, Fluor objects to this request for production as it is redundant and cumulative because Request for Production No. 13 is identical to Request for Production No. 9, which states, "Produce all contracts pertaining to the 'Grand Acadian site.'" Accordingly, Fluor directs plaintiff to refer to its response to Request for Production No. 9.

**REQUEST FOR PRODUCTION NO. 14:**

Produce all documents and electronic data used to qualify contractors and sub contractors that pertain to the "Grand Acadian site", including but not limited to insurance certificate, contractors license, bonding, and so forth.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Fluor objects to this request for production on the grounds that it is ambiguous because the term "qualify" is not defined in the definitions to these request for production. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA001471 - FL-GA001699
FL-GA001700 - FL-GA001721
FL-GA001722 - FL-GA001828
FL-GA002014 - FL-GA002031
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003384 - FL-GA003598
FL-GA003599 - FL-GA003815

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 15:**

Produce all governmental permits pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Fluor objects to this interrogatory on the grounds that it is overly broad, ambiguous, and unduly burdensome. The Fluor defendants have hundreds of governmental permits, some of which may have been used tangentially in the Fluor defendants efforts at the "Grand Acadian site;" however, this request for production does not define the term "pertaining to." In an effort to cooperate and assuming this Request for Production is seeking governmental permits that were acquired exclusively for activities pertaining to "Grand Acadian site," please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 16</u>:**

Produce all documents and electronic data pertaining to the LDEQ Storm Water Construction General Permit with storm water pollution prevention plan.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 16</u>:**

Fluor objects to this interrogatory on the grounds that it is vague and ambiguous, as it does not define "LDEQ Storm Water Construction General Permit." In an effort to cooperate, and assuming this Request for Production is seeking information regarding the storm water permit for the Grand Acadian site, please see the responsive documents bates labeled:

FL-GA000224 - FL-GA000226
FL-GA000608 - FL-GA000776
FL-GA000796 - FL-GA000812
FL-GA002358 - FL-GA002361
FL-GA003235 - FL-GA003308
FL-GA003309 - FL-GA003382
FL-GA004201
FL-GA004202
FL-GA004208 - FL-GA004211
FL-GA004943 - FL-GA004991

Further answering, Fluor will continue to investigate for documents responsive to this request, as restricted in the pervious paragraph, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 17</u>:**

Produce all documents showing the actual work performed at the "Grand Acadian site".

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 17</u>:**

Fluor objects to this request for production on the grounds that it is ambiguous and vauge because the term "showing" is not defined in the definitions to these requests for production. Subject to and without waiving the objections stated herein, and assuming "showing" to be defined as any documents which "show" pictorial depiction or visual history of the work conducted on the Grand Acadian site, Fluor refers plaintiff to its response to Request for

Production No. 10, in which it produced "all photographs, video tapes, slides, or motion picture reproductions pertaining to 'the site'" currently in Fluor possession.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 18:**

Produce all bid packages issued and resulting bids received that pertain to the "Grand Acadian site", including but not limited to bids for early site work, bids for replacing soil at the site to continue the development, bids for maintaining storm water, bids to remove the silt in the bayou, and bids for restoring the property and so forth.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Flour objects to this interrogatory on the grounds that it is ambiguous and vague, as the term "bid package" is not defined in these requests for production. Additionally, it is unclear what the phrase "and so forth" refers to. Subject to and without waiving the objections stated herein, and assuming the plaintiff is seeking documents generated by Fluor and distributed to potential bidders for work to be performed at the "Grand Acadian" site and any bids received by Fluor, please see responsive documents bates labeled:

FL-GA000094 - FL-GA000171
FL-GA000172
FL-GA000173 - FL-GA000174
FL-GA000175
FL-GA000176 - FL-GA000187
FL-GA000188 - FL-GA000198
FL-GA000503
FL-GA001457 - FL-GA001459
FL-GA001471 - FL-GA001699
FL-GA001700 - FL-GA001721
FL-GA001722 - FL-GA001828
FL-GA001829 - FL-GA001905
FL-GA001906 - FL-GA001907
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959

FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003384 - FL-GA003598
FL-GA003599 - FL-GA003815

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 19</u>:**

Produce all technical reports, surveys, photographs, and other data that pertain to the "Grand Acadian site", including but not limited to geotechnical reports, topographical surveys, land surveys and soil testing, and bid proposals.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 19</u>:**

Fluor objects to this request for production on the grounds that it is vague, ambiguous, and overly broad. Additionally, Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks documents previously produced in response to Requests for Production Nos. 10 and 18, and documents which are the subject of Requests for Production Nos. 32, 33, 38 and 47. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052

FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000210 - FL-GA000211
FL-GA000212 - FL-GA000220
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000405 - FL-GA000413
FL-GA000423 - FL-GA000424
FL-GA000855 - FL-GA000948
FL-GA001908 - FL-GA001917

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 20:**

The version of the May, 2006 ***Freese & Nichols*** Report (including its attachments) pertaining to the "Grand Acadian site" that you purportedly received on or about July 21, 2006. (Said report is referenced on page 1 of Mark Ashby's 10-6-06 letter to Rottinghaus and is also referenced on Fluor's timeline of events in its 7-21-06 entry.)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Please see responsive documents bates labeled FL-GA004015 - FL-GA004097.

**REQUEST FOR PRODUCTION NO. 21:**

The first version you received of the 12-12-06 ***Freese & Nichols*** Report (including its attachments) pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

Please see responsive documents bates labeled FL-GA000242 - FL-GA000279 and FL-GA003826 - FL-GA003997.

**REQUEST FOR PRODUCTION NO. 22:**

*Freese & Nichols* storm water compliance assessment memorandum.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Please see responsive documents bates labeled FL-GA004144 - FL-GA004181.

**REQUEST FOR PRODUCTION NO. 23:**

All "materials" (including documents and electronic information) that you provided to, or received from, ***Freese & Nichols*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative as it seeks documents previously produced in response to the three previous requests for production.

In addition to the documents produced in the three previous requests for production, please see responsive documents bates labeled:

FL-GA004000 - FL-GA004014
FL-GA004104 - FL-GA004143
FL-GA004853 - FL-GA004895

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 24:**

All "materials" that you provided to, or received from, ***WHC Consulting, LLC*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 25:**

All "materials" that you provided to, or received from, ***FEMA*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000314 - FL-GA000319
FL-GA000320 - FL-GA000323
FL-GA000324 - FL-GA000326
FL-GA000327 - FL-GA000330
FL-GA000331 - FL-GA000332
FL-GA000334 - FL-GA000335
FL-GA000336 - FL-GA000337
FL-GA000342 - FL-GA000343
FL-GA000344 - FL-GA000345
FL-GA000346 - FL-GA000357
FL-GA000358 - FL-GA000359
FL-GA000360 - FL-GA000361
FL-GA000362 - FL-GA000363
FL-GA000364 - FL-GA000370
FL-GA000371 - FL-GA000376
FL-GA000379 - FL-GA000382

FL-GA000383 - FL-GA000385
FL-GA000386
FL-GA000387 - FL-GA000388
FL-GA000389 - FL-GA000390
FL-GA000391 - FL-GA000392
FL-GA000393 - FL-GA000400
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000414 - FL-GA000417
FL-GA000418 - FL-GA000421
FL-GA000423 - FL-GA000424
FL-GA000453 - FL-GA000459
FL-GA000504 - FL-GA000516
FL-GA000517 - FL-GA000522
FL-GA000523 - FL-GA000529
FL-GA000530 - FL-GA000538
FL-GA000539 - FL-GA000549
FL-GA000586 - FL-GA000597
FL-GA000777 - FL-GA000784
FL-GA000949 - FL-GA000957
FL-GA000960 - FL-GA000971
FL-GA000972
FL-GA000973 - FL-GA000986
FL-GA000987 - FL-GA000988
FL-GA000989 - FL-GA001003
FL-GA001004 - FL-GA001006
FL-GA001007 - FL-GA001009
FL-GA001010
FL-GA001198 - FL-GA001208
FL-GA001209 - FL-GA001210
FL-GA001358 - FL-GA001361
FL-GA001384 - FL-GA001432
FL-GA002002 - FL-GA002009
FL-GA002010 - FL-GA002013
FL-GA002039
FL-GA002040 - FL-GA002050
FL-GA002189 - FL-GA002192
FL-GA002193 - FL-GA002198
FL-GA002199 - FL-GA002257
FL-GA002258
FL-GA002259 - FL-GA002303
FL-GA002304 - FL-GA002352
FL-GA002353 - FL-GA002354
FL-GA002355
FL-GA002356 - FL-GA002357
FL-GA002362 - FL-GA002363
FL-GA002364 - FL-GA002365
FL-GA002366 - FL-GA002369
FL-GA002370
FL-GA002371 - FL-GA002372
FL-GA002373 - FL-GA002374
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003826 - FL-GA003997
FL-GA003998 - FL-GA003999
FL-GA004000 - FL-GA004014
FL-GA004015 - FL-GA004097
FL-GA004104 - FL-GA004143
FL-GA004183 - FL-GA004187
FL-GA004188 - FL-GA004193
FL-GA004194 - FL-GA004198
FL-GA004212 - FL-GA004213
FL-GA004677 - FL-GA004680
FL-GA004681
FL-GA004682
FL-GA004683
FL-GA004694 - FL-GA004696
FL-GA004697
FL-GA004698

FL-GA004699
FL-GA004700
FL-GA004701 - FL-GA004716
FL-GA004717
FL-GA004718 - FL-GA004721
FL-GA004722
FL-GA004723
FL-GA004724
FL-GA004725
FL-GA004726 - FL-GA004727
FL-GA004728 - FL-GA004729
FL-GA004730
FL-GA004731 - FL-GA004735
FL-GA004736
FL-GA004737 - FL-GA004738
FL-GA004739
FL-GA004740
FL-GA004741 - FL-GA004742
FL-GA004743 - FL-GA004744
FL-GA004745 - FL-GA004747
FL-GA004748 - FL-GA004749
FL-GA004750 - FL-GA004752
FL-GA004753
FL-GA004754 - FL-GA004755
FL-GA004756 - FL-GA004759
FL-GA004773 - FL-GA004775
FL-GA004776 - FL-GA004777
FL-GA004778 - FL-GA004781
FL-GA004787 - FL-GA004800
FL-GA004801 - FL-GA004817
FL-GA004818 - FL-GA004832
FL-GA004842 - FL-GA004844
FL-GA004845 - FL-GA004846
FL-GA004847 - FL-GA004849
FL-GA004850 - FL-GA004852
FL-GA004896 - FL-GA004897
FL-GA004903 - FL-GA004904
FL-GA004905 - FL-GA004908
FL-GA004909 - FL-GA004911
FL-GA004912 - FL-GA004913
FL-GA005017 - FL-GA005306

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 26:**

All "materials" that you provided to, or received from the ***U.S. Corps of Engineers*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

Please see responsive documents bates labeled:

FL-GA000377 - FL-GA000378
FL-GA000391 - FL-GA000392
FL-GA000414 - FL-GA000417
FL-GA004684 - FL-GA004685
FL-GA004896 - FL-GA004897

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 27:**

All "materials" that you provided to, or received from the ***Louisiana Department of Environmental Quality*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Please see responsive documents bates labeled:

FL-GA000224 - FL-GA000226
FL-GA000227 - FL-GA000230
FL-GA000231
FL-GA000232 - FL-GA000233
FL-GA000608 - FL-GA000776
FL-GA000796 - FL-GA000812
FL-GA001307 - FL-GA001343
FL-GA001345 - FL-GA001346
FL-GA001348 - FL-GA001354
FL-GA001355 - FL-GA001356
FL-GA003235 - FL-GA003308
FL-GA003309 - FL-GA003382
FL-GA004208 - FL-GA004211
FL-GA004674 - FL-GA004676
FL-GA004943 - FL-GA004991

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 28:**

All "materials" that you provided to, or received from, the ***Government Services Administration*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Please see responsive documents bates labeled:

FL-GA000973 - FL-GA000986
FL-GA004212 - FL-GA004213
FL-GA004920 - FL-GA004942

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 29:**

All "materials" pertaining to the "Grand Acadian site" that you provided to, or received from:

a) D&G Construction, LLC and/or Bill Johnson
b) The Summit Group
c) MSK Enterprises, Inc. and/or Mark Fontenot
e) any party to this case
f) ARCADIS and/or ARCADIS NV (Environmental Consultants)
g) Terry Environmental Services
h) R&R Construction, Inc.
i) P2S, Plant Performance Services
j) Morrison Surveying, Inc.
k) Ron Williams Construction Services
l) anyone presenting bore locations or surveys

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

Please see responsive documents bates labeled:

FL-GA000094 - FL-GA000171
FL-GA000172
FL-GA000173 - FL-GA000174
FL-GA000175
FL-GA000176 - FL-GA000187
FL-GA000188 - FL-GA000198
FL-GA000210 - FL-GA000211
FL-GA000212 - FL-GA000220
FL-GA000280 - FL-GA000286
FL-GA000287 - FL-GA000291
FL-GA000292 - FL-GA000296
FL-GA000297 - FL-GA000302
FL-GA000303 - FL-GA000306
FL-GA000307 - FL-GA000310
FL-GA000311 - FL-GA000313
FL-GA000338 - FL-GA000341
FL-GA000393 - FL-GA000400
FL-GA000405 - FL-GA000413
FL-GA000523 - FL-GA000529
FL-GA000530 - FL-GA000538
FL-GA000785 - FL-GA000795
FL-GA000958 - FL-GA000959
FL-GA001195 - FL-GA001196
FL-GA001197
FL-GA001344
FL-GA001362 - FL-GA001368
FL-GA001369 - FL-GA001380
FL-GA001381 - FL-GA001383
FL-GA001438 - FL-GA001456
FL-GA001460 - FL-GA001469
FL-GA001470
FL-GA001471 - FL-GA001699
FL-GA001700 - FL-GA001721
FL-GA001722 - FL-GA001828
FL-GA001908 - FL-GA001917
FL-GA001922 - FL-GA001937

FL-GA002358 - FL-GA002361
FL-GA002386 - FL-GA002449
FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497
FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582
FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003384 - FL-GA003598
FL-GA003599 - FL-GA003815
FL-GA003816 - FL-GA003819
FL-GA003820 - FL-GA003825
FL-GA003826 - FL-GA003997
FL-GA004098 - FL-GA004099
FL-GA004100 - FL-GA004103
FL-GA004182
FL-GA004183 - FL-GA004187
FL-GA004188 - FL-GA004193
FL-GA004194 - FL-GA004198
FL-GA004203
FL-GA004673
FL-GA004674 - FL-GA004676
FL-GA004760 - FL-GA004762
FL-GA004763 - FL-GA004769
FL-GA004833 - FL-GA004836
FL-GA004838 - FL-GA004839
FL-GA004840 - FL-GA004841
FL-GA004898 - FL-GA004902
FL-GA004914 - FL-GA004919
FL-GA004920 - FL-GA004942
FL-GA005017 - FL-GA005306

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 30:**

All "materials" pertinent to the "***original site condition***."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000422
FL-GA000423 - FL-GA000424
FL-GA004204 - FL-GA004207

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 31:**

All "materials" pertinent to the condition of the "Grand Acadian site" as it existed on each and every day between January 1, 2005 and the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

Fluor objects to this request for production on the grounds that it is ambiguous and vague, as it is unclear what is the definition of the term "condition." Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000958 - FL-GA000959
FL-GA001938 - FL-GA002001
FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497
FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582

FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675
FL-GA003816 - FL-GA003819
FL-GA003820 - FL-GA003825
FL-GA003826 - FL-GA003997
FL-GA004000 - FL-GA004014
FL-GA004098 - FL-GA004099
FL-GA004104 - FL-GA004143
FL-GA004144 - FL-GA004181

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 32:**

All ***photographs*** depicting any part of the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

Fluor objects to this request for production as redundant and cumulative because it seeks information previously produced in response to Request for Production No. 10. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 33:**

Quality color copies or digital versions of all ***photographs*** you produce in this litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

Fluor objects to this request for production as it is vague, ambiguous, and not within the scope of discovery set forth by the Federal Rules of Civil Procedure. Fluor has previously produced copies of the photographs in its possession; however, the term "quality" is not defined

in these requests for production. Fluor has produced the pictures in the same clarity and color of the photographs it has in its possession. Additionally, Fluor objects to this request for production as redundant and cumulative because it seeks information previously produced in response to Request for Production No. 10 and No. 32. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 34:**

All ***Natural Resources Conservation Service*** soil surveys in your possession that pertain to the "Gran Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

At this time, no documents have been found that are responsive to this request for production. Fluor Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 35:**

All ***U.S. Geological Survey*** "materials" in your possession that pertain to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

At this time, no documents have been found that are responsive to this request for production. Fluor Fluor will continue to investigate for documents responsive to this request,

and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 36:**

All ***environmental and regulatory*** information in your possession that pertains to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous as the term "environmental and regulatory information" is not a defined term. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000224 - FL-GA000226
FL-GA000227 - FL-GA000230
FL-GA000231
FL-GA000232 - FL-GA000233
FL-GA000234 - FL-GA000238
FL-GA000239 - FL-GA000240
FL-GA000241
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424
FL-GA000608 - FL-GA000776
FL-GA000796 - FL-GA000812
FL-GA001307 - FL-GA001343
FL-GA001347
FL-GA001348 - FL-GA001354
FL-GA001355 - FL-GA001356
FL-GA003383
FL-GA004183 - FL-GA004187
FL-GA004188 - FL-GA004193

FL-GA004194 - FL-GA004198
FL-GA004199
FL-GA004212 - FL-GA004213

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 37:**

All ***soil engineering reports*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous as the term "soil engineering reports" is not a defined term. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000210 - FL-GA000211
FL-GA000212 - FL-GA000220
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000405 - FL-GA000413
FL-GA000423 - FL-GA000424
FL-GA000523 - FL-GA000529
FL-GA000530 - FL-GA000538
FL-GA001438 - FL-GA001456
FL-GA001908 - FL-GA001917
FL-GA001918 - FL-GA001921

FL-GA004914 - FL-GA004919

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 38:**

All ***engineering design reports*** pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous as the term "engineering design reports" is not a defined term. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000550 - FL-GA000567
FL-GA000568 - FL-GA000585
FL-GA000598 - FL-GA000607
FL-GA001908 - FL-GA001917
FL-GA004200
FL-GA004201
FL-GA004202

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 39:**

All "materials" generated in whole or in part from ***site visits*** to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous as the term "site visits" is not a defined term. Additionally, the request does not define the time or scope of the "site visits." Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424
FL-GA001433 - FL-GA001437
FL-GA001908 - FL-GA001917
FL-GA001938 - FL-GA002001
FL-GA004204 - FL-GA004207
FL-GA004782 - FL-GA004786
FL-GA004837

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 40:**

All "materials" generated in whole or in part from ***personal interviews*** pertaining to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

Fluor objects to this request for production to the extent it seeks information protected by the attorney trial-prepartation protection or work product doctrine. At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 41:**

All "materials" pertinent to determining the amount of ***soil lost*** from the "Grand Acadian site" between January 1, 2005 through the present, whether through erosion, mechanical removal or otherwise.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 42:**

Fluor's 10-6-06 letter provided to FEMA responding to Freese & Nichols' May 2006 report, and all "materials" pertaining to Fluor's letter. (Said document(s) is referenced on page 4 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

Please see responsive documents bates labeled FL-GA003900 – FL-GA003914.

**REQUEST FOR PRODUCTION NO. 43:**

Scott Rothkamm's undated letter that Fluor provided to FEMA on or about 10-27-06 regarding Rothkamm's recollection of the condition of the site prior to FEMA activities, and all

"materials" pertaining to said letter. (Said letter is referenced on page 5 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 44:**

Photographs taken by Fluor on or about 10-6-06. (Said photographs are referenced on page 5 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

Fluor objects to this request for production as redundant and cumulative because it seeks information previously produced in response to Requests for Production No. 10, No. 32, and 33. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 45:**

Fluor's timeline of events at project site through 8-28-06, which was provided to Freese & Nichols. (Said timeline is referenced on page 5 of Freese & Nichols' 12-12-06 report.)

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Please see responsive documents bates labeled FL-GA004686 - FL-GA004689.

**REQUEST FOR PRODUCTION NO. 46:**

All "materials" pertaining to the timeline referenced in the preceding request for production.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA004690
FL-GA004691 - FL-GA004692
FL-GA004693
FL-GA005017 - FL-GA005306

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 47:**

The geotechnical testing report dated 1-15-06 conducted by Site Engineering, Inc. for Fluor. (Said report is referenced on page 5 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

Fluor objects to this request for production as it is redundant and cumulative because it seeks information previously produced in response to Request for Production No. 37. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000210 - FL-GA000211
FL-GA000212 - FL-GA000220
FL-GA000221 - FL-GA000223
FL-GA000405 - FL-GA000413
FL-GA000785 - FL-GA000795
FL-GA001198 - FL-GA001208
FL-GA001209 - FL-GA001210
FL-GA001908 - FL-GA001917

**<u>REQUEST FOR PRODUCTION NO. 48</u>:**

All "materials" pertaining to the report referenced in the preceding request for production, including the "materials" used to construct said timeline.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 48</u>:**

Fluor objects to this request for production as it is unintelligible as written. The previous request referenced in this request does not refer to any timeline.

**<u>REQUEST FOR PRODUCTION NO. 49</u>:**

Fluor's timeline of events at project site from January 7-11, 2006, which was purportedly emailed to FEMA on or about November 8, 2006 and to Freese & Nichols the next day. (Said timeline is referenced on page 5 of Freese & Nichols' 12-12-06 report).

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 49</u>:**

Please see responsive documents bates labeled FL-GA003921 - FL-GA003924 and FL-GA004686 - FL-GA004689.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 50</u>:**

All "materials" pertaining to the timeline referenced in the preceding request for production, including the "materials" used to construct said timeline.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 50</u>:**

Fluor objects to this request for production as it is overly broad, vague and ambiguous. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

:

FL-GA004690
FL-GA004691 - FL-GA004692
FL-GA004693
FL-GA005017 - FL-GA005306

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 51:**

Site photographs purportedly taken by General Service Administration representatives in October of 2005. (Said photos are referenced on page 6 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Fluor objects to this request for production as it is redundant, cumulative and is improperly directed to Fluor. To the extent that Fluor may have received any photographs taken by the General Service Administration, those photographs would have been previously produced in response to Requests for Production No. 10, No. 32, and No. 33. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 52:**

Site photographs taken by the U.S. Army Corps of Engineers from January 18-24, 2006. (Said photos are referenced on page 6 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

Fluor objects to this request for production as it is redundant, cumulative, and is improperly directed to Fluor. To the extent that Fluor may have received any photographs taken by the U.S. Army Corps of Engineers, those photographs would have been previously produced in response to Requests for Production No. 10, No. 32, and No. 33. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 53:**

Daily site construction logs from January 18-26, 2006. (Said logs are referenced on page 6 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

Please see responsive documents bates labeled FL-GA001211 - FL-GA001306.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 54:**

All construction logs in your possession that pertain to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

Please see responsive documents bates labeled:

FL-GA001938 - FL-GA002001
FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497

FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582
FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 55</u>:**

All "materials" that in any way describe the activity (or lack therof) that ever occurred at the "Grand Acadian site" by the U.S. Government (including FEMA), its contractors, subcontractors, or any named defendants.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 55</u>:**

Fluor objects to this request for production as it is overly broad, unduly burdensome, vague and ambiguous. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled Fl-GA000001 – FL-GA005306.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 56:**

All "materials" prepared in whole or in part by Scott Rothkamm that pertain to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

Please see responsive documents bates labeled:

FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497
FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582
FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675
FL-GA002676
FL-GA002677 - FL-GA002682
FL-GA002683
FL-GA002684 - FL-GA002725
FL-GA002726 - FL-GA002738
FL-GA002739 - FL-GA002791
FL-GA002792 - FL-GA002829
FL-GA002830 - FL-GA002840
FL-GA002841 - FL-GA002846
FL-GA002847
FL-GA002848 - FL-GA002864
FL-GA002865 - FL-GA002942
FL-GA002943 - FL-GA002945
FL-GA002946
FL-GA002947 - FL-GA002959
FL-GA002960
FL-GA002961 - FL-GA003019
FL-GA003020
FL-GA003021 - FL-GA003028
FL-GA003029 - FL-GA003156
FL-GA003157 - FL-GA003160
FL-GA003161 - FL-GA003166
FL-GA003167 - FL-GA003174
FL-GA003175 - FL-GA003178
FL-GA003826 - FL-GA003997
FL-GA004770 - FL-GA004772

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 57:**

All "materials" used to calculate the $2-3 million cost that Fluor identified in its 1-24-06 log entry. (Said entry is referenced on page 6 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

Please see responsive documents bates labeled FL-GA001438 - FL-GA001456 and FL-GA004896 - FL-GA004897.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 58:**

All Fluor's proposals presented to FEMA to remove and replace soil at the "Grand Acadian site, including but not limited to the proposal presented to FEMA on or about January 24, 2006.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

Fluor objects to this request for production as it seeks documents which were previously produced by Fluor in response to Request for Production No. 25. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled FL-GA000960 - FL-GA000971.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 59:**

Photos taken by Fluor of the "Grand Acadian site" on or about September 12, 2005. (Said photos are referenced on page 7 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks information previously produced in response to Request for Production No. 10, No. 32 and No. 33. Please refer to Fluor's response to request from Production No. 10.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 60:**

The timeline of events developed by Fluor for the site activities, which was provided to Freese & Nichols. (Said timeline is referenced on page 7 of the Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

Fluor objects to this request for production as it is ambiguous because the request does not set forth with particularity if it refers to the timeline previously produced in response to request in Request for Production No. 45 or the timeline previously requested and produced in response to Request for Production No. 49. Regardless, this request is cumulative and Fluor refers plaintiff to Fluor's responses to Requests for Production Nos. 45 and 49.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 61:**

All "materials" pertaining to release of sediment from the "Grand Acadian site", including the release referenced on page 7 of the Freese & Nichols' 12-12-06 report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 62:**

Photo(s) purportedly taken between September 30 and October 15, 2005 and published by the U.S. Geological Survey, National Wetlands Research Center, which are referenced on page 9 of the Freese & Nichols' 12-12-06 report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

Fluor objects to this request for production as it is redundant, cumulative, and is improperly directed to Fluor. To the extent that Fluor may have received any photographs published by the U.S. Geological Survey, those photographs would have been previously produced in response to Requests for Production No. 10, No. 32, and No. 33. Please refer to Fluor's response to request from Production No. 10. Additionally, to the extent that Fluor had U.S. Geological Surevey materials that pertained to the "Grand Acadian site" those documents would have been previously produced in response to Request for Production No. 35.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 63:**

The geotechnical testing and results purportedly contracted for by Fluor and performed on January 10-11, 2006, which are referenced on page 9 of the Freese & Nichols' 12-12-06 report.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 64:**

All "materials" pertinent to the geotechnical testing referenced in the preceding request for production.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 65:**

All correspondence and other "materials" from Rottinghaus that precipitated Mark Ashby's 10-6-06, 15-page letter to Rottinghaus. (Ashby's said letter is attached to the Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

Fluor objects to this request for production as it seeks documents that were previously the subject of Request for Production No. 25. At this time, Fluor has not identified documents that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 66:**

All "materials" upon which Fluor relied in preparing Mark Ashby's 10-6-06, 15-page letter to Rottinghaus. (Ashby's said letter is attached to the Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 67:**

Copies of all payments you received pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

Fluor objects to this request for production on the grounds that it is overly broad and not likely to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 68:**

Copies of all payments made by you to sub-contractors and independent contractors and other vendors pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 68:**

Fluor objects to this request for production on the grounds that it is overly broad and not likely to lead to the discovery of admissible evidence. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA002450
FL-GA002451 - FL-GA002481
FL-GA002482 - FL-GA002497
FL-GA002498 - FL-GA002546
FL-GA002547 - FL-GA002575
FL-GA002576 - FL-GA002582
FL-GA002583 - FL-GA002589
FL-GA002590 - FL-GA002675

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 69:**

Financial records sufficient to determine the following:

a. The gross revenue you received in connection with the "Grand Acadian site."
b. The total expenses you incurred in connection with the "Grand Acadian site."
c. The profit you made in connection with the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

Fluor objects to this request for production on the grounds that it is overly broad and not likely to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 70:**

All "materials" relied upon or used in preparing Mark Ashby's 15-page letter to Rottinghaus dated 10-6-06, the first and last pages of which are attached hereto as FE 684 & 698.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 71:**

All "materials" relied upon or used in preparing Scott Rothkamm's typed statement containing nine enumerated paragraphs, a copy of which is attached hereto as FE 701-702.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 72:**

All "materials" relied upon or used in preparing the document entitled, "Grand Acadian RV park Timeline of Events", which bears the date "Rev. A 8/28/06", a copy of which is attached hereto as FE 705-708.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

Fluor objects to this request for production as it seeks information previously produced in response to Request for Production No. 46, and therefore is cumulative and redundant. Fluor directs plaintiff to refer to Fluor's response to Request for Production No. 46.

**REQUEST FOR PRODUCTION NO. 73:**

The "itemized list of construction activities performed to date" that Fluor purportedly provided to COTR on 2-23-06, which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 2-22-06 (copy of excerpt attached hereto as FE 705).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Fluor objects to this request for production as it seeks documents that were previously the subject of Request for Production No. 25. At this time, Fluor has not identified documents that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 74:**

"The guidelines given by the COTR on Feb. 25, 2006", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated March 2006 (copy of excerpt attached hereto as FE 706).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

Fluor objects to this request for production as it seeks documents that were previously produced by Fluor in response to Request for Production No. 25. Subject to and without waiving the objections stated herein, please see responsive documents bates labeled:

FL-GA000314 - FL-GA000319
FL-GA000320 - FL-GA000323
FL-GA000324 - FL-GA000326
FL-GA000327 - FL-GA000330
FL-GA000333
FL-GA000336 - FL-GA000337
FL-GA004740

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 75:**

The bid package(s) that Fluor provided to prospective bidders pursuant to COTR's request purportedly made on 2-25-06, which is referenced on Fluor's 8-28-06 Timeline of Events under the entries dated 2-25-06 and March 2006 (copy of excerpt attached hereto as FE 706).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks information that Fluor has previously produced in response to Request for Production No. 18. Please see Fluor's response to Request for Production No. 18.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 76:**

All "bids from subcontractor(s) for land restoration at the site", which is referenced on Fluor's 8-28-06 Timeline of Events under the entries dated 2-25-06 and March 2006 (copy of excerpt attached hereto as FE 706).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks information that Fluor has previously produced in response to Request for Production No. 18. Please see Fluor's response to Request for Production No. 18.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 77:**

All bid packages issued on or about September of 2006 to any private contractor (including Group Contractors, Ron Williams Construction, and Terry Environmental) pertaining to the "Grand Acadian site". All proposals or bids submitted in response to the foregoing bid packages. All "materials" presented to FEMA pertaining to the foregoing bid packages, bids and proposals.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks information that Fluor has previously produced in response to Request for Production No. 18. Please see Fluor's response to Request for Production No. 18.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 78:**

Everything that "Fluor presented" to the COTR on 4-3-06, including Fluor's requests, all as referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 4-3-06 (copy of excerpt attached hereto as FE 706).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

Fluor objects to this request for production on the grounds that it is overly broad, vague and ambiguous. Additionally, Fluor objects to this request for production as it seeks documents that were previously the subject of Request for Production No. 25. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 79:**

All of Fluor's requests to "FEMA for direction regarding disposition of site," which are referenced on Fluor's 8-28-06 Timeline of Events under the entry dated "Apri.-Present" (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

Fluor objects to this request for production on the grounds that it is overly broad, vague and ambiguous. Additionally, Fluor objects to this request for production as it seeks documents that were previously the subject of Request for Production No. 25. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 80:**

The version of, "the Freese and Nichols report for the Evaluation of the Site Restoration of the Grand Acadian RV Park", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 7-21-06 (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

Please see responsive documents bates labeled FL-GA004015 - FL-GA004097.

**REQUEST FOR PRODUCTION NO. 81:**

The "Initial Site Assessment Package" conducted by Strike Team, which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated "Sept. 16-20, 2005 (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 81:**

Please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424
FL-GA000425 - FL-GA000452
FL-GA000460 - FL-GA000470
FL-GA000474 - FL-GA000501
FL-GA000855 - FL-GA000948
FL-GA004992 - FL-GA005016

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 82:**

The "Field survey completed by FEMA Environmental personal", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 10-10-05 (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

Please see responsive documents bates labeled:

FL-GA000001 - FL-GA000002
FL-GA000003 - FL-GA000006
FL-GA000007 - FL-GA000008
FL-GA000009 - FL-GA000013
FL-GA000014 - FL-GA000015
FL-GA000016
FL-GA000017
FL-GA000018
FL-GA000019 - FL-GA000020
FL-GA000021
FL-GA000022
FL-GA000023 - FL-GA000027
FL-GA000028 - FL-GA000030
FL-GA000031
FL-GA000032
FL-GA000033 - FL-GA000037
FL-GA000038
FL-GA000039 - FL-GA000043
FL-GA000044 - FL-GA000046
FL-GA000047
FL-GA000048
FL-GA000049
FL-GA000050
FL-GA000051 - FL-GA000052
FL-GA000053
FL-GA000054 - FL-GA000055
FL-GA000056
FL-GA000057 - FL-GA000065
FL-GA000066
FL-GA000067
FL-GA000068
FL-GA000069 - FL-GA000070
FL-GA000071
FL-GA000072 - FL-GA000076
FL-GA000077 - FL-GA000078
FL-GA000079 - FL-GA000093
FL-GA000401 - FL-GA000402
FL-GA000403
FL-GA000404
FL-GA000423 - FL-GA000424

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 83</u>:**

The "Conceptual Package presented to the Project Review Board (PRB)", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-11-05 (copy of excerpt attached hereto as FE 707).

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 83</u>:**

Please see responsive documents bates labeled FL-GA005017 - FL-GA005306.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**<u>REQUEST FOR PRODUCTION NO. 84</u>:**

The site approval "by all members of the PRB", including the "concerns", which are all referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-14-05 (copy of excerpt attached hereto as FE 707).

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 84</u>:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**<u>REQUEST FOR PRODUCTION NO. 85</u>:**

The direction(s) that Fluor received from "the COTR to begin engineering design, but stop at 50% for review", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-14-05 (copy of excerpt attached hereto as FE 707).

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 85</u>:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks documents that were previously produced by Fluor in response to

Request for Production No. 25. Subject to and without waiving the objections specific and general objections stated herein, please see responsive documents bates labeled:

FL-GA000393 - FL-GA000400

FL-GA000453 - FL-GA000459
FL-GA000949 - FL-GA000957

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 86:**

The "meeting minutes issued by Technical Monitor and USACE", which are referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-21-05 (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks documents which were previously produced by Fluor in response to Requests for Production No. 25 and No. 26. Subject to and without waiving the objections specific and general objections stated herein, please see responsive documents bates labeled FL-GA002032 - FL-GA002038.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 87:**

The "50% review drawings", which are referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-21-05 (copy of excerpt attached hereto as FE 707).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

Please see responsive documents bates labeled:

FL-GA000598 - FL-GA000607
FL-GA001011 - FL-GA001059
FL-GA001060 - FL-GA001194
FL-GA001357
FL-GA003179 - FL-GA003234

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 88:**

The directive Fluor purportedly received on 11-22-07, "to proceed to 100% design of the site", which is referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-22-05 (copy of excerpt attached hereto as FE 708).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

Fluor objects to this request for production on the grounds that it is redundant and cumulative because it seeks documents that were previously produced by Fluor in response to Request for Production No. 25. Subject to and without waiving the objections specific and general objections stated herein, please see responsive documents bates labeled:

FL-GA000379 - FL-GA000382
FL-GA000383 - FL-GA000385
FL-GA000386
FL-GA000387 - FL-GA000388
FL-GA000389 - FL-GA000390
FL-GA000418 - FL-GA000421
FL-GA000949 - FL-GA000957
FL-GA004697

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 89:**

The 100% design drawings, which are referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-30-05 (copy of excerpt attached hereto as FE 708).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

Please see responsive documents bates labeled:

FL-GA000568 - FL-GA000585
FL-GA001357
FL-GA003179 - FL-GA003234

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 90:**

All "materials" provided to, or received from, Arcadis including but not limited to "materials" pertaining to soil testing.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

Fluor objects to this interrogatory on the grounds that it seek precisely the same documents that were sought in Request for Production No. 29, namely "All 'materials' pertaining to the 'Grand Acadian site' that you provided to, or received from: f) ARCADIS and/or ARCADIS NV (Environmental Consultants)." Accordingly, please see Fluor's response to Request for Production No. 29.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 91:**

All quality control reports and quality assurance reports by any named defendant or any other contractor or subcontractor pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 91:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 92:**

All "materials" pertaining to the "team of engineering consultants" that is referenced in the 1-20-06 Daily Log of Construction (copy of excerpt attached hereto as FE 744).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 93:**

All "materials" pertaining to the percentage of site construction completed at the "Grand Acadian site", including but not limited to the "materials" used to generate the percentages appearing in the DAILY LOGS OF CONSTRUCTION (an example of which is attached hereto as FE 751).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

Please see responsive documents bates labeled FL-GA001938 - FL-GA002001.

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 94:**

All "materials" provided to, or received from, Morrison Surveying, Inc., including but not limited to any surveys or elevations.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 95:**

All "materials" pertaining to the East-West ditch dug along the south side of Grand's half (the East half) of the "Grand Acadian site", including but not limited to the design plans, scope of work, specifications, elevations, and permission received.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 95:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 96:**

All rental agreements, invoices and payments for equipment pertaining to the "Grand Acadian site."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 97:**

All "materials" that pertain to any insurance coverage or bonding that may apply in the instance[sic] case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

Fluor objects to this interrogatory on the grounds that it is redundant and cumulative because it seeks documents previously sought by Requests for Production No. 3 and No. 4. Subject to and without waiving the objections specific and general objections stated herein, please see responsive documents bates labeled:

FL-GA002051 - FL-GA002124
FL-GA002125 - FL-GA002127
FL-GA002128 - FL-GA002157
FL-GA002158 - FL-GA002188

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered or additional sources of indemnity are uncovered during discovery.

**REQUEST FOR PRODUCTION NO. 98:**

Attached to Fluor's Opposition to Motion to Remand as exhibit G was a 4-page excerpt from an "AWARD/CONTRACT" between FEMA and Fluor Enterprises, Inc. (a copy the 4-page excerpt is attached hereto and made a part hereof an[sic] is Bates numbered Fl 1062 through Fl 1065). Produce the entire contact, including any appendix or attachments, including "Attachment A" (per supplies/services section) and sections A through J (per TABLE OF CONTENTS).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

Fluor objects to this interrogatory on the grounds that it is redundant and cumulative because it seeks documents previously sought by Request for Production No. 11. Please see Fluor's response to Request for Production No. 11.

**REQUEST FOR PRODUCTION NO. 99:**

All Request for Quotations (aka "RFQs") pertaining to the "Grand Acadian site".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

Please see responsive documents bates labeled:

FL-GA001471 - FL-GA001699
FL-GA001700 - FL-GA001721
FL-GA001722 - FL-GA001828

Further answering, Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request if its ongoing investigation reveals additional documents that are responsive to this request for production.

**REQUEST FOR PRODUCTION NO. 100:**

The field study, survey, elevations and other data gathered (in whole or in part) by Mr. Fred Koeffe (actual name spelling may differ) on or about October of 2005, including any resulting reports and all related "materials".

**RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 101:**

The 1-24-06 DAILY LOG OF CONSTRUCTION indicates that, "Contractor stated that Fluor has proposed undercutting existing soil and hauling in suitable soil." (copy of excerpt attached hereto as FE 751) Produce all "materials" pertaining to the foregoing proposal(s), including but not limited to the actual proposals and any responses to them.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 102:**

The larger hard copy version of the 30.6-acre RV park site layout that was provided to Freese & Nichols by FEMA/WHC. (Said layout is referenced on page 6 of Freese & Nichols' 12-12-06 report).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

Fluor objects to this request for production as it is improperly directed to Fluor. At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 103:**

The "meeting minutes used by Technical Monitor and USACE", which are referenced on Fluor's 8-28-06 Timeline of Events under the entry dated 11-30-05 (copy of excerpt attached hereto as FE 708).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

At this time, no documents have been found that are responsive to this request for production. Fluor will continue to investigate for documents responsive to this request, and reserves its right to supplement this request as responsive documents are uncovered.

**REQUEST FOR PRODUCTION NO. 104:**

All materials that pertain to any obligations for indemnity, contribution, or subrogation that may arise out of the claims or defenses raised in this litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

Fluor objects to this interrogatory on the grounds that it is redundant and cumulative because it seeks documents previously sought by Requests for Production No. 3 and No. 4. Please refer to Fluor's answers to Requests for Production No. 3 and No. 4.

Respectfully submitted,

KAREN D. ANCELET (No. 23018)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
500 Dover Boulevard, Ste. 120
Lafayette, LA 70503
Telephone: (337) 406- 5610
Fax: (337) 406-5620

BRANDON K. BLACK (No. 24298)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre L.L.P.
5th Floor, Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809
Telephone: (225) 248-2128
Fax: (225) 248-3128

And

THOMAS M. NOSEWICZ, T.A (No. 08429)
RICHARD J. TYLER (No. 1155)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8178
Fax: (504) 589-8178

Attorneys for Fluor Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, ECF, e-mail, hand delivery, or facsimile this 31st day of March, 2008.

Brandon K. Black